United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE JACKSON,

            Plaintiff,

    v.

ED SOARS,

          Defendant.

Case No.  22-cv-02247-SK

**ORDER OF SUA SPONTE REFERRAL**

      Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Magistrate Judge Laurel Beeler to determine whether it is related to *Jackson v. Soars*, Case No. 22-cv-2184-LB.

      **IT IS SO ORDERED**.

Dated: April 13, 2022

SALLIE KIM
United States Magistrate Judge